SANDRA R. McCANDLESS (State Bar No. 57740)
ELIZABETH THOMPSON (State Bar No. 112888)
SONNENSCHEIN NATH & ROSENTHAL LLP
685 Market Street, 6th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 543-5472
smccandless@sonnenschein.com
ethompson@sonnenschein.com

Attorneys for Defendants
EDUCATIONAL STANDARDS AND
CERTIFICATIONS, INC. and
TEACHSCAPE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAUL H. BENJAMIN,<br><br>Plaintiff,<br><br>vs.<br><br>EDUCATIONAL STANDARDS AND CERTIFICATIONS, INC., a Delaware corporation, TEACHSCAPE, INC., a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. C 05-00722 TEH<br><br>STIPULATION FOR ONE WEEK CONTINUANCE OF HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE |

Attorneys for Defendants Educational Standards and Certifications, Inc. ("ESCI") and Teachscape, Inc. ("Teachscape") and Plaintiff Saul H. Benjamin ("Plaintiff"), hereby stipulate to a one-week continuance of the hearing on Defendants' Motion to Dismiss Complaint and the Case Management Conference, earlier scheduled on June 6, 2005, and now scheduled on June 13, 2005, at 10:00 a.m. The parties request a one-week continuance to **June 20, 2005 at 10:00 a.m.** in Courtroom 12, 19th Floor. Good cause exists for this one week continuance in that the

-1-

1  parties are presently actively involved in settlement discussions which appear to be promising.
2  The time and resources of the Court and the parties would be better served by determining
3  whether speedy resolution is possible before the hearing on the Motion to Dismiss.

Dated: June 3, 2005          By: _____
                             Sandra R. McCandless
                             SONNENSCHEIN NATH & ROSENTHAL LLP
                             Attorneys for Defendants
                             EDUCATIONAL STANDARDS AND
                             CERTIFICATIONS, INC. and TEACHSCAPE, INC.

Dated: June 3, 2005          By: _____
                             Lewis B. Adelson
                             Costell & Cornelius Law Corporation
                             Attorneys for Plaintiff
                             SAUL H. BENJAMIN

ORDER

It is hereby ORDERED that the Defendants' Motion to Dismiss and the Case Management Conference be continued to June 20, 2005 at 10:00 a.m. in Courtroom 12.

Dated: 6/3/05                _____
                             THELTON E. HENDERSON, JUDGE
                             UNITED STATES DISTRICT COURT

17203665\V-1

-2-

STIPULATION FOR ONE-WEEK                                    Benjamin v. ESCI
CONTINUANCE OF HEARING DATE                                 Case No. C05-00722 TEH