JEFFREY LEE COSTELL (STATE BAR #93688)
ALEXANDRE IAN CORNELIUS (STATE BAR #180652)
LEWIS B. ADELSON (STATE BAR #185075)
**COSTELL & CORNELIUS Law Corporation**
1299 Ocean Avenue, Suite 400
Santa Monica, California 90401-1007
Tel: (310) 458-5959 • Fax: (310) 458-7959

Attorneys for Plaintiff
Saul H. Benjamin

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

SAUL H. BENJAMIN,

Plaintiff,

v.

EDUCATIONAL STANDARDS AND CERTIFICATIONS, INC., a Delaware corporation; TEACHSCAPE, INC., a Delaware Corporation; and DOES 1 through 50, Inclusive,

Defendants.

Case No. C 05-00722 TEH

**STIPULATION FOR CONTINUANCE OF HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE**

///

///

///

///

///

///

///

///

///

Attorneys for Plaintiff Saul Benjamin ("Plaintiff") and for Defendants Educational Standards and Certifications, Inc. and Teachscape, Inc. ("Defendants"), hereby stipulate to a further continuance of the hearing on Defendants' Motion to Dismiss the Complaint and the Case Management Conference, now scheduled for June 20, 2005, at 10:00 a.m. The parties request a continuance to **July 18 or 25, 2005 at 10:00 a.m.**, in Courtroom 12, 19th Floor, at the Court's option.

Good cause exists for the continuance in that the parties have been, and continue to actively be, involved in settlement discussions. As part of such discussions, Defendants' have been providing information and financial documents to Plaintiff. However, before such documents were provided by Defendants, it was necessary and agreed that a protective order would need to be executed. A Stipulated Protective Order was signed by the parties on June 15, 2005 and certain financial documents were produced thereafter. The parties need further time to discuss their respective review, analysis and evaluation of such documents. The parties are optimistic that given more time they will reach a mutual settlement of all claims in this matter. Moreover, assuming the parties reach a settlement, they will need additional time to document same.

The parties understand and agree that neither of them will be prejudiced by a further continuance while the information is being reviewed and settlement discussions continue and that they must work diligently to make a determination if the case can be settled to avoid the need for any further requests for a continuance.

DATED: June 16, 2005 **COSTELL & CORNELIUS LAW CORPORATION**

By:____________________________
Lewis B. Adelson
Attorneys for Plaintiff Saul Benjamin

DATED: June 16, 2005 **SONNENSCHEIN NATH & ROSENTHAL, LLP**

By:____________________________
Sandra R. McCandless
Attorneys for Defendants Educational Standards and Certifications, Inc. and Teachscape, Inc.

///

///

COSTELL & CORNELIUS Law Corporation
1299 Ocean Avenue, Suite 400
Santa Monica, California 90401-1007
Tel: (310) 458-5959 • Fax: (310) 458-7959

Attorneys for Plaintiff Saul Benjamin ("Plaintiff") and for Defendants Educational Standards and Certifications, Inc. and Teachscape, Inc. ("Defendants"), hereby stipulate to a further continuance of the hearing on Defendants' Motion to Dismiss the Complaint and the Case Management Conference, now scheduled for June 20, 2005, at 10:00 a.m. The parties request a continuance to **July 18 or 25, 2005 at 10:00 a.m.**, in Courtroom 12, 19th Floor, at the Court's option.

Good cause exists for the continuance in that the parties have been, and continue to actively be, involved in settlement discussions. As part of such discussions, Defendants' have been providing information and financial documents to Plaintiff. However, before such documents were provided by Defendants, it was necessary and agreed that a protective order would need to be executed. A Stipulated Protective Order was signed by the parties on June 15, 2005 and certain financial documents were produced thereafter. The parties need further time to discuss their respective review, analysis and evaluation of such documents. The parties are optimistic that given more time they will reach a mutual settlement of all claims in this matter. Moreover, assuming the parties reach a settlement, they will need additional time to document same.

The parties understand and agree that neither of them will be prejudiced by a further continuance while the information is being reviewed and settlement discussions continue and that they must work diligently to make a determination if the case can be settled to avoid the need for any further requests for a continuance.

DATED: June 16, 2005

**COSTELL & CORNELIUS LAW CORPORATION**

By: [signature]
Lewis B. Adelson
Attorneys for Plaintiff Saul Benjamin

DATED: June 16, 2005

**SONNENSCHEIN NATH & ROSENTHAL, LLP**

By: [signature]
Sandra R. McCandless
Attorneys for Defendants Educational Standards and Certifications, Inc. and Teachscape, Inc.

///

///

COSTELL & CORNELIUS Law Corporation
1299 Ocean Avenue, Suite 400
Santa Monica, California 90401-1007
Tel: (310) 458-5959 • Fax: (310) 458-7959

**ORDER**

It is hereby ORDERED that the Defendants' Motion to Dismiss and the Case Management Conference be continued to July [18] [25], 2005 at 10:00 a.m. in Courtroom 12.

Dated: 6/16/05

THELTON E. HENDERSON, JUDGE
UNTIED STATES DISTRICT COURT

COSTELL & CORNELIUS Law Corporation
1299 Ocean Avenue, Suite 400
Santa Monica, California 90401-1007
Tel: (310) 458-5959 • Fax: (310) 458-7959