JEFFREY LEE COSTELL (State Bar No. 93688)
LEWIS B. ADELSON (State Bar. No. 185075)
COSTELL & CORNELIUS Law Corporation
1299 Ocean Avenue, Suite 400
Santa Monica, CA 90401-1007
Telephone: (310) 458-5959
Facsimile: (310) 458-7959
jeff@costell-law.com
lewis@costell-law.com

Attorneys for Plaintiff
Saul H. Benjamin


SANDRA R. McCANDLESS (State Bar No. 57740)
ELIZABETH THOMPSON (State Bar No. 112888)
SONNENSCHEIN NATH & ROSENTHAL LLP
685 Market Street, 6th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 543-5472
smccandless@sonnenschein.com
ethompson@sonnenschein.com

Attorneys for Defendants
EDUCATIONAL STANDARDS AND
CERTIFICATIONS, INC. and
TEACHSCAPE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAUL H. BENJAMIN,<br><br>    Plaintiff,<br><br>vs.<br><br>EDUCATIONAL STANDARDS AND CERTIFICATIONS, INC., a Delaware corporation, TEACHSCAPE, INC., a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>    Defendants. | No. C 05-00722 THE<br><br>STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON<br><br>[F.R.C.P. 41(a)(1)(ii)] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate that plaintiff's Complaint is DISMISSED WITH PREJUDICE in its entirety, with each party to bear his/its own costs and attorneys' fees. The parties respectfully request that the Court approve and give effect to this stipulation.

IT IS SO STIPULATED.

Dated: September 8, 2005

COSTELL & CORNELIUS L.C.

By _____
Lewis B. Adelson
Attorneys for Plaintiff
SAUL BENJAMIN

Dated: September 7, 2005

SONNENSCHEIN NATH & ROSENTHAL LLP

By _____
Sandra R. McCandless
Attorneys for Defendants
EDUCATIONAL STANDARDS AND
CERTIFICATIONS, INC. and TEACHSCAPE, INC.

## [PROPOSED] ORDER

IT IS SO ORDERED.

Dated: Sept. 8, 2005

_____
Thelton E. Henderson
SENIOR UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Thelton E. Henderson